1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HAROLD TYLER LOPA,                      Case No.  2:22-cv-01609-JDP (PC)

12              Plaintiff,                     ORDER TO SHOW CAUSE WHY THIS
                                              CASE SHOULD NOT BE DISMISSED FOR
13         v.                                 FAILURE TO PAY THE FILING FEE,
                                              FAILURE TO PROSECUTE, AND FAILURE
14    STATE OF CALIFORNIA, *et al.*,          TO COMPLY WITH COURT ORDERS

15              Defendants.                    RESPONSE DUE WITHIN TWENTY-ONE
                                              DAYS
16

17

18         On October 4, 2022, I ordered plaintiff to submit within thirty days either the $402 filing

19    fee or a complete application for leave to proceed *in forma pauperis*.[1]  ECF No. 7.  To date,

20    plaintiff has not complied with that order.

21         To manage its docket effectively, the court requires litigants to meet certain deadlines.

22    The court may impose sanctions, including dismissal of a case, for failure to comply with court

23    orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council

24    v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41

25

26         [1] Although it appears from the file that plaintiff's copy of the October 4 order was
      returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court
27    apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record
      address of a party is fully effective.
28

                                              1

1   (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to

2   administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v.*

3   *Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

4         Plaintiff will be given a chance to explain why the court should not dismiss his case based

5   on his failure to either pay the filing fee or submit a complete application for leave to proceed *in*

6   *forma pauperis*.  Plaintiff's failure to respond to this order will constitute another failure to

7   comply with a court order and will result in a recommendation that this action be dismissed.

8   Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not

9   be dismissed for failure to pay the filing fee, failure to prosecute, and failure to comply with court

10  orders.  Should plaintiff wish to continue with this action, he must, within twenty-one days, either

11  pay the $402 filing fee or submit a complete application for leave to proceed *in forma pauperis*.

12  The Clerk of Court is directed to send to plaintiff the court's form application for leave to proceed

13  *in forma pauperis*.

14

15  IT IS SO ORDERED.

16

    Dated:    December 13, 2022        _____

17                                     JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28