1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HAROLD TYLER LOPA,                        Case No.  2:22-cv-01609-JDP (PC)

12                  Plaintiff,                  FINDINGS AND RECOMMENDATIONS
                                                THAT THIS ACTION BE DISMISSED FOR
13          v.                                  FAILURE TO PAY THE FILING FEE AND
                                                FAILURE TO COMPLY WITH COURT
14    STATE OF CALIFORNIA, *et al.*,            ORDERS

15                  Defendants.                 OBJECTIONS DUE WITHIN FOURTEEN
                                                DAYS
16

17          On October 4, 2022, I ordered plaintiff to submit, within thirty days, either the $402 filing

18    fee or an application to proceed *in forma pauperis*.  ECF No. 7.  Plaintiff failed to respond to that

19    order.  Accordingly, on December 14, 2022, I ordered plaintiff to show cause within twenty-one

20    days why this case should not be dismissed for failure to prosecute and failure to comply with

21    court orders.  ECF No. 8.  I also warned him that failure to respond to the order would result in a

22    recommendation that this action be dismissed without prejudice.  *Id.*  To date, plaintiff has not

23    submitted the required filing fee nor otherwise responded to the December 14, 2022 order.[1]

24          Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

25    United States District Judge to this case.

26
            [1] Although it appears from the file that plaintiff's copy of the October 4 and December 14
27    orders were returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the
      court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of
28    documents at the record address of the party is fully effective.

                                                   1

1      Further, it is RECOMMENDED that this action be dismissed without prejudice for failure

2   to pay the required filing fee and failure to comply with court orders.

3      I submit these findings and recommendations to the district judge under

4   28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States

5   District Court, Eastern District of California.  The parties may, within 14 days of the service of

6   the findings and recommendations, file written objections to the findings and recommendations

7   with the court.  Such objections should be captioned "Objections to Magistrate Judge's Findings

8   and Recommendations."  The district judge will review the findings and recommendations under

9   28 U.S.C. § 636(b)(1)(C).

10

11  IT IS SO ORDERED.

12

13  Dated:    January 19, 2023    

    JEREMY D. PETERSON
    UNITED STATES MAGISTRATE JUDGE

14